IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAGSTAR BANK FSB, | No. C-11-5109 MMC |
| Plaintiff, | **PRE-FILING ORDER; PRECLUDING DEFENDANT JULIANNA SIMMONS FROM FILING NOTICE OF REMOVAL WITHOUT PERMISSION OF DUTY JUDGE** |
| v. | |
| JULIANNA SIMMONS, | |
| Defendant. | |

By order filed December 27, 2011, the Court directed defendant Julianna Simmons ("Simmons") to show cause, in writing and no later than January 6, 2012, why the Court should not impose upon Simmons sanctions in the form of a pre-filing order restricting her ability to further remove plaintiff Flagstar Bank FSB's complaint.  Simmons has not filed a response.

Accordingly, and for the reasons stated in the Court's order of December 27, 2011, the Court finds it appropriate to impose a pre-filing order against Simmons.  Specifically, Simmons is hereby precluded from filing, without advance approval of the Duty Judge, a notice of removal of the matter titled Flagstar Bank, FSB v. Simmons, filed in the Superior Court of California, County of Alameda, Case No. VG 11-569957.

**IT IS SO ORDERED.**

Dated:  January 10, 2012

MAXINE M. CHESNEY
United States District Judge